*ORIGINAL*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing

| | | |
|---|---|---|
| Harold Holmes, an individual, on his own behalf and on behalf of all others similarly situated, | ) ) ) ) | CV 09 2540 |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Collection Bureau of America, LTD, a Calif. corporation; Bay Area Credit Service, LLC, a Calif. limited liability company, and Does 1-100, inc. | ) ) ) ) | WHA |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*


A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Suzanne Havens Beckman, Esq.
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California  91403
(818) 990-1299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN - 8 2009

_____
*Signature of Clerk or Deputy Clerk*