ALBERT M.T. FINCH, III ESQ. [SBN 196478]
CYNTHIA M. SOLIMAN, ESQ. [SBN 217988]
ERICKSEN ARBUTHNOT
100 Bush St., Suite 900
San Francisco, CA 94104
Tel: (415) 362-7126
Fax: (415) 362-6401
afinch@ericksenarbuthnot.com
csoliman@ericksenarbuthnot.com

Attorneys for Defendant,
COLLECTION BUREAU OF AMERICA, LTD dba COLLECTION BUREAU OF AMERICA dba CBA FINANCIAL SERVICES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA –SAN FRANCISCO

| | |
|---|---|
| HAROLD HOLMES an individual, on his own behalf and on behalf of all others similarly situated<br><br>        Plaintiff,<br><br>    vs.<br><br>COLLECTION BUREAU OF AMERICA, LTD., a California Corporation and BAY AREA CREDIT SERVICE, LLC, a California limited liability company, and DOES 1-100, inclusive,<br><br>        Defendants | Case No.: CV-092540 WHA<br><br>STIPULATION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING |

It is stipulated by the parties to this action, through their attorneys of record, as follows:

   A. The time for defendant to file a responsive pleading to plaintiff's Complaint is modified in the following particulars:

      1. The time for defendant to file a responsive pleading is enlarged;

      2. Defendant's responsive pleading shall be filed no later than July 21, 2009.

   B. The reason for the requested modification is as follows:

      1.    Counsel for defendant has just entered into the case and has not yet had the opportunity to review the facts of the case;

      2.    The parties wish to determine if any third parties need to be brought into the case at the same time the responsive pleading is filed;

IT IS SO STIPULATED.

Dated: July 2, 2009                                          PARISI & HAVENS LLP


_____/s/_____
SUZANNE HAVENS BECKMAN
Attorneys for Plaintiffs.
HAROLD HOLMES an individual, on his own behalf and on behalf of all others similarly situated

Dated: July 2, 2009                                          ERICKSEN ARBUTHNOT


_____/s/_____
CYNTHIA M. SOLIMAN
Attorneys for Defendant
COLLECTION BUREAU OF AMERICA, LTD dba COLLECTION BUREAU OF AMERICA dba CBA FINANCIAL SERVICES

STIPULATION FOR ENLARGMENT OF TIME - CV-092540 WHA - 2