ALBERT M. T. FINCH, III, ESQ. [SBN 196478]
CYNTHIA M. SOLIMAN, ESQ. [SBN 217988]
ERICKSEN ARBUTHNOT
100 Bush St., Suite 900
San Francisco, CA 94104
Tel: (415) 362-7126
Fax: (415) 362-6401
afinch@ericksenarbuthnot.com
csoliman@ericksenarbuthnot.com

Attorneys for Defendant,
COLLECTION BUREAU OF AMERCIA, LTD dba
CBA FINANCIAL SERVICES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HOLMES, an individual, on his Own behalf and on the behalf of others similarly situated,<br><br>                    Plaintiff,<br><br>      vs.<br><br>COLLECTION BUREAU OF AMERICA, LTD, a California Corporation, and BAY AREA CREDIT SERVICE, LLC, a California Limited liability company, and DOES 1-100, inclusive,<br><br>                    Defendants | Case No.: CV-09-2540<br><br>INTERESTED PARTY DISCLOSURE (N.D. Local Rule 3-16) |

COMES NOW Defendant COLLECTION BUREAU OF AMERCIA, LTD dba CBA FINANCIAL SERVICES, through its undersigned counsel, and hereby makes the following Disclosure Statement, pursuant to Northern District Local Rule 3-16:

COLLECTION BUREAU OF AMERCIA, LTD dba CBA FINANCIAL SERVICES does not know of any financial interest in the subject matter in controversy or in a party to the

1 | proceeding, or any other kind of interest that could be substantially affected by the outcome of
2 | the proceeding, other than that of the named parties to the action.

Dated: July 21, 2009                                              ERICKSEN ARBUTHNOT

_____/s/_____
ALBERT M. T. FINCH, III. ESQ.
Attorneys for Defendant
COLLECTION BUREAU OF
AMERICA, LTD dba CBA
FINANICAL SERVICES