1  David J. Kaminski, Esq. (State Bar No.128509)
   CARLSON & MESSER LLP
2  5959 W. Century Boulevard, Suite 1214
   Los Angeles, California 90045
3  (310) 242-2200 Telephone
   (310) 242-2222 Facsimile
4
5  Attorneys for Defendant
   BAY AREA CREDIT SERVICE, LLC
6
7
8                    UNITED STATES DISTRICT COURT
9    FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION
10

11 | HAROLD HOLMES, an individual, on his  ) | CASE NO.: 3:09-CV-02540-WHA
12 | own behalf and on behalf of all others   )
   | similarly situated,                     ) | **STIPULATION TO EXTEND TIME FOR**
13 |                                         ) | **DEFENDANT BAY AREA CREDIT**
   |              Plaintiff,                 ) | **SERVICE, LLC TO RESPOND TO**
14 |                                         ) | **PLAINTIFF'S COMPLAINT**
   |      vs.                                )
15 |                                         )
   | COLLECTION BUREAU OF AMERICA,           )
16 | LTD., a California corporation; BAY     )
   | AREA CREDIT SERVICE, LLC, a             )
17 | California limited liability company; and)
   | DOES 1-100, inclusive,                  )
18 |                                         )
   |              Defendants.                )
19 |                                         )
20

21

22       IT IS HEREBY STIPULATED between Plaintiff HAROLD HOLMES ("Plaintiff") and

23  Defendant BAY AREA CREDIT SERVICE, LLC ("Defendant"), through their respective counsel,

24  that Defendant's time to respond to Plaintiff's Complaint on file herein is extended to and including

25  July 30, 2009.

26  / / /

27  / / /

28

                                    1
05990.00/155831                STIPULATION           CASE NO. 3:09-CV-02540-WHA

**SO STIPULATED.**

DATED: July    , 2009                    PARISI & HAVENS LLP


By <u>s/Suzanne Havens Beckman</u>
   David C. Parisi, Esq.
   Suzanne Havens Beckman, Esq.
   Attorneys for Plaintiff
   HAROLD HOLMES


DATED: July 22, 2009                    CARLSON & MESSER LLP


By <u>s/David J. Kaminski</u>
   David J. Kaminski, Esq.
   Attorneys for Defendant
   BAY AREA CREDIT SERVICE, LLC