IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HOLMES, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>COLLECTION BUREAU OF AMERICA, LTD., a California corporation, and BAY AREA CREDIT SERVICE, LLC, a California limited liability company, and DOES 1–100, inclusive<br><br>    Defendants.<br>                                  / | No. C 09-02540 WHA<br><br>**ORDER TO SHOW CAUSE** |

      In this class action for violations of the Fair Debt Collections Practices Act and various state laws, plaintiff filed a motion for a preliminary injunction. The motion is scheduled to be heard August 13, 2009. Pursuant to Civil Local Rule 7-3, any brief in opposition to the motion was due July 23, 2009, but no such opposition has been received. Defendants are **ORDERED** to respond by **FRIDAY, JULY 31, 2009, AT NOON**, and show cause for their failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternately to file a statement of non-opposition to the motion as required by Civil Local Rule 7-3(b).

**IT IS SO ORDERED.**

Dated: July 28, 2009.

                                                              WILLIAM ALSUP
                                                              UNITED STATES DISTRICT JUDGE