1 Ethan Preston (263295)
PRESTON LAW OFFICES, LLC
2 1658 North Milwaukee Avenue, No. 253
(312) 492-4070 (phone)
3 (312) 262-1007 (facsimile)
ep@eplaw.us
4
David C. Parisi, Esq. (162248)
5 Suzanne Havens Beckman, Esq. (188814)
PARISI & HAVENS LLP
6 15233 Valleyheart Drive
Sherman Oaks, California 91403
7 (818) 990-1299 (phone)
(818) 501-7852 (facsimile)
8 dcparisi@parisihavens.com
shavens@parisihavens.com
9
*Attorneys for Plaintiff Harold Holmes, on behalf*
10 *of himself, and all others similarly situated*

11

## IN THE UNITED STATES DISTRICT COURT
12 ## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

13

| | |
|---|---|
| HAROLD HOLMES, an individual, on his own behalf and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> COLLECTION BUREAU OF AMERICA, LTD., a California corporation, and BAY AREA CREDIT SERVICE, LLC, a California limited liability company, and DOES 1-100, inclusive, <br><br> Defendants. | No. C 09-2540 WHA <br><br> Judge William H. Alsup <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING HOLMES' MOTION FOR PRELIMINARY INJUNCTION** |

**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HOLMES' MOTION FOR PRELIMINARY INJUNCTION**

WHEREAS, Plaintiff Harold Holmes ("Holmes") filed his Complaint against Defendants Collection Bureau of America, Ltd. ("CBA") and Bay Area Credit Service, LLC ("BACS") on June 8, 2009, and filed his Motion for Preliminary Injunction on July 8, 2009;

WHEREAS, pursuant to Civil Local Rule 7-2, the hearing for Plaintiff's Motion for Preliminary Injunction is currently set for August 13, 2009;

WHEREAS, on June 8, 2009, the Court ordered the parties to either stipulate to an ADR process or file a Notice of Need for ADR Phone Conference on August 27, 2009, pursuant to Civil Local Rule 16-8(c) and ADR Local Rule 3-5(b), (c);

WHEREAS, on June 8, 2009, the Court ordered the parties to file a case management report on August 27, 2009, and ordered the parties to attend an initial case management conference on September 17, 2009 at 11 a.m.;

WHEREAS, the parties prefer to mediate prior to further briefing on Holmes's Motion for Preliminary Injunction, in order to evaluate and investigate whether Holmes's Complaint can be resolved through a settlement;

WHEREAS, it would be more efficient for the parties prior to further briefing on Holmes's Motion for Preliminary Injunction;

WHEREAS, the proposed schedule set forth in this stipulation will not postpone any deadline set by the Court and serves judicial economy;

WHEREAS, Holmes has proposed Honorable Ronald Sabraw (Ret.) with JAMS as a possible mediator, and Defendants' counsel are determining whether Judge Sabraw is amenable to their clients, and that their schedules do not conflict with Judge Sabraw's;

WHEREAS, the parties began to negotiate this stipulation prior to July 23, 2008, and Plaintiff agreed to an extension of Defendants' briefing schedule in order to provide time to negotiate this stipulation;

IT IS HEREBY STIPULATED, by and between the parties, that pursuant to Civil Local Rule 6-2, hearing on Plaintiff's Motion for Preliminary Injunction shall be reset for October 8, 2009.

IT IS FURTHER STIPULATED that Defendants will file their Oppositions to the Motion for Preliminary Injunction no later than September 17, 2009, and that Plaintiff will file his Reply brief no later than September 24, 2009.

IT IS FURTHER STIPULATED that this stipulation shall not be construed to reflect the position of the parties concerning the urgency or absence of any urgency of the relief sought in the Motion for Preliminary Injunction.

Dated: July 28, 2009

By: ___s/Ethan Preston_____
Ethan Preston (263295)
PRESTON LAW OFFICES, LLC
1658 North Milwaukee Avenue, No. 253
(312) 492-4070 (phone)
(312) 262-1007 (facsimile)
ep@eplaw.us

Dated: July 28, 2009

By: _____
Albert M.T. Finch, III (196478)
Cynthia Marie Soliman (217988)
ERICKSEN ARBUTHNOT
100 Bush St., Suite 900
San Francisco, CA 94104-4504
(415) 362-7126 (phone)
(415) 362-6401 (facsimile)
afinch@ericksenarbuthnot.com
csoliman@ericksenarbuthnot.com

Dated: July 28, 2009

By: _____
David J. Kaminski (128509)
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, CA 90045
(310) 242-2204 (phone)
(310) 242-2222 (facsimile)
KAMINSKD@cmtlaw.com

IT IS SO ORDERED.

Dated:

_____
Hon. William H. Alsup
United States District Judge

IT IS FURTHER STIPULATED that Defendants will file their Oppositions to the Motion for Preliminary Injunction no later than September 17, 2009, and that Plaintiff will file his Reply brief no later than September 24, 2009.

IT IS FURTHER STIPULATED that this stipulation shall not be construed to reflect the position of the parties concerning the urgency or absence of any urgency of the relief sought in the Motion for Preliminary Injunction.

Dated: July 28, 2009

By: _____
Ethan Preston (263295)
PRESTON LAW OFFICES, LLC
1658 North Milwaukee Avenue, No. 253
(312) 492-4070 (phone)
(312) 262-1007 (facsimile)
ep@eplaw.us

Dated: July 28, 2009

By: _____
Albert M.T. Finch, III (196478)
Cynthia Marie Soliman (217988)
ERICKSEN ARBUTHNOT
100 Bush St., Suite 900
San Francisco, CA 94104-4504
(415) 362-7126 (phone)
(415) 362-6401 (facsimile)
afinch@ericksenarbuthnot.com
csoliman@ericksenarbuthnot.com

Dated: July 28, 2009

By: _____
David J. Kaminski (128509)
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, CA 90045
(310) 242-2204 (phone)
(310) 242-2222 (facsimile)
KAMINSKD@cmtlaw.com

IT IS SO ORDERED.

Dated:

_____
Hon. William H. Alsup
United States District Judge

IT IS FURTHER STIPULATED that Defendants will file their Oppositions to the Motion for Preliminary Injunction no later than September 17, 2009, and that Plaintiff will file his Reply brief no later than September 24, 2009.

IT IS FURTHER STIPULATED that this stipulation shall not be construed to reflect the position of the parties concerning the urgency or absence of any urgency of the relief sought in the Motion for Preliminary Injunction.

Dated: July 28, 2009

By: _____
Ethan Preston (263295)
PRESTON LAW OFFICES, LLC
1658 North Milwaukee Avenue, No. 253
(312) 492-4070 (phone)
(312) 262-1007 (facsimile)
ep@eplaw.us

Dated: July 28, 2009

By: _____
Albert M.T. Finch, III (196478)
Cynthia Marie Soliman (217988)
ERICKSEN ARBUTHNOT
100 Bush St., Suite 900
San Francisco, CA 94104-4504
(415) 362-7126 (phone)
(415) 362-6401 (facsimile)
afinch@ericksenarbuthnot.com
csoliman@ericksenarbuthnot.com

Dated: July 28, 2009

By: _____
David J. Kaminski (128509)
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, CA 90045
(310) 242-2204 (phone)
(310) 242-2222 (facsimile)
KAMINSKID@cmtlaw.com

IT IS SO ORDERED.

Dated: August 3, 2009

*IT IS SO ORDERED*
*Judge William Alsup*
_____
United States District Judge

Stipulation and [Proposed] Order Continuing Motion for Preliminary Injunction    3    No. C 09-2540 WHA