IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HOLMES, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>COLLECTION BUREAU OF AMERICA, LTD., a California corporation, and BAY AREA CREDIT SERVICE, LLC, a California limited liability company, and DOES 1–100, inclusive<br><br>    Defendants. | No. C 09-02540 WHA<br><br>**ORDER TO SHOW CAUSE** |

In this class action for violations of the Fair Debt Collections Practices Act and various state laws, plaintiff filed a motion for a preliminary injunction. The motion was scheduled to be heard October 8, 2009, and was rescheduled by the Court to be heard on October 22, 2009. Pursuant to Civil Local Rule 7-3, any brief in opposition to the motion was due September 17, 2009, but no such opposition was received. At the case management conference on September 17, the Court was advised that the motion would be taken off calendar, but plaintiff has not done so. Defendants are **ORDERED** to respond by **TUESDAY, OCTOBER 13, 2009 AT 9:00 A.M.**, and show cause for their failure to respond to the motion in accordance with Civil Local Rule 7-

3(a) or alternately to file a statement of non-opposition to the motion as required by Civil Local Rule 7-3(b).

**IT IS SO ORDERED.**

Dated: October 9, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE