Ethan Preston (263295)
PRESTON LAW OFFICES
1658 North Milwaukee Avenue, No. 253
(312) 492-4070 (phone)
(312) 262-1007 (facsimile)
ep@eplaw.us

David C. Parisi, Esq. (162248)
Suzanne Havens Beckman, Esq. (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

*Attorneys for Plaintiff Harold Holmes, on behalf of himself, and all others similarly situated*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HAROLD HOLMES, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COLLECTION BUREAU OF AMERICA, LTD., a California corporation, and BAY AREA CREDIT SERVICE, LLC, a California limited liability company, and DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | No. C 09-2540 WHA<br><br>Judge William H. Alsup<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING HOLMES' MOTION FOR PRELIMINARY INJUNCTION; NOTICE OF LODGING PROPOSED ORDER WITH THE COURT** |

**STIPULATED MOTION**

Plaintiff Harold Holmes ("Holmes") and Defendants Collection Bureau of America, Ltd. ("CBA") and Bay Area Credit Services, LLC ("BACS") hereby submit the following Stipulated Motion to continue the hearing on Plaintiff's Motion for Preliminary Injunction pursuant to Civil Local Rule 6-2. As grounds for this Motion, and in compliance with Civil Local Rules 6-2(b), the parties state:

1. Plaintiff Harold Holmes ("Holmes") filed his Complaint against Defendants Collection Bureau of America, Ltd. ("CBA") and Bay Area Credit Service, LLC ("BACS") on June 8, 2009.

2. Holmes filed his Motion for Preliminary Injunction on July 8, 2009. Pursuant to Civil Local Rule 7-2, the hearing for Plaintiff's Motion for Preliminary Injunction was initially set for August 13, 2009.

3. On July 2, 2009, Holmes and CBA stipulated to extend CBA's time to answer the Complaint until July 21, 2009. On July 22, 2009 Holmes and BACS stipulated to extend BACS's time to answer the Complaint until July 30, 2009.

4. To accommodate the parties' efforts to mediate the case, the parties filed a stipulation to continue the hearing on the Motion on July 28, 2009. The Court entered the order attached to the stipulation on August 3, 2009, continuing the hearing on the Motion to October 8, 2009.

5. The parties attended a mediation session with Mr. John Bates of JAMS on September 2, 2009 in San Francisco. Pursuant to the negotiations at the mediation, the parties submitted a Joint Case Management Statement and a Proposed Case Management Order on September 9, 2009. The Proposed Case Management Order would have taken the Motion for Preliminary Injunction off-calendar, in order to allow the parties to pursue mediated discovery.

6. Both parties anticipated the Court would enter the Proposed Case Management Order. In reliance on that anticipation, Defendants did not file briefs in opposition to the Motion for Preliminary Injunction. The Court indicated it would not enter the Proposed Case Management Order at the parties' Case Management Conference on September 17, 2009.

7.  On October 2, 2009, the Court *sua sponte* reset the hearing date for Holmes's Motion for Preliminary Injunction from October 8, 2009 to October 15, 2009.

8.  Holmes is employed as an animal control officer for the County of San Diego. Holmes is presently set to testify in a criminal case arising from his employment on October 15, 2009, that is pending in California state court for the County of San Diego. Holmes's testimony is reasonably necessary to the prosecution's case in that matter. Holmes cannot testify in both the California state court criminal action and in support of his Motion for Preliminary Injunction.

9.  The parties have negotiated setting a date for the hearing on the Motion. In order to obviate any potential arguments that Defendants may assert regarding their reliance on the anticipation that the Motion would be taken off calendar, the parties have agreed to continue the Motion's hearing date and to modify the briefing schedule consistent with the proposed order below.

10. The proposed order would not impact any of the deadlines set in the Court's September 21, 2009 Case Management Order.

### [PROPOSED] ORDER CONTINUING HOLMES' MOTION FOR PRELIMINARY INJUNCTION

The parties stipulate, and it is hereby ordered, that pursuant to Civil Local Rule 6-2, hearing on Plaintiff's Motion for Preliminary Injunction shall be reset for 8:00 a.m., November 12, 2009, in Courtroom 9, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102, before the Honorable William H. Alsup.

Defendants will file their Oppositions to the Motion for Preliminary Injunction no later than October 22, 2009, and that Plaintiff will file his Reply brief no later than October 29, 2009.

The parties also agree that this stipulation shall not be construed to reflect the position of the parties concerning the urgency or absence of any urgency of the relief sought in the Motion for Preliminary Injunction.

### NOTICE OF LODGING PROPOSED ORDER

Pursuant to General Order No. 45(VIII), Holmes lodged with the Court the order below by emailing a Microsoft Word version of the order below to "WHApo@cand.uscourts.gov." *See* U.S.

District Court for the Northern District of California, *How do I...? / Where do I...?*, at https://ecf.cand.uscourts.gov/cand/faq/how_do_i/how_do_i.htm (last updated Jun. 18, 2009).

Dated: October 8, 2009

                                              Ethan Preston (263295)
PRESTON LAW OFFICES
1658 North Milwaukee Avenue, No. 253
(312) 492-4070 (telephone)
(312) 262-1007 (facsimile)
ep@eplaw.us

David C. Parisi, Esq. (162248)
Suzanne Havens Beckman, Esq. (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Dated: October 8, 2009

Albert M.T. Finch, III (196478)
Cynthia Marie Soliman (217988)
ERICKSEN ARBUTHNOT
100 Bush St., Suite 900
San Francisco, CA 94104-4504
(415) 362-7126 (phone)
(415) 362-6401 (facsimile)
afinch@ericksenarbuthnot.com
csoliman@ericksenarbuthnot.com

Dated: October 8, 2009

David J. Kaminski (128509)
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, CA 90045
(310) 242-2204 (phone)
(310) 242-2222 (facsimile)
KAMINSKD@cmtlaw.com

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

                                              Hon. William A. Alsup
United States District Judge

District Court for the Northern District of California, *How do I...? / Where do I...?*, at https://ecf.cand.uscourts.gov/cand/faq/how_do_i/how_do_i.htm (last updated Jun. 18, 2009).

Dated: October 8, 2009

                                            Ethan Preston (263295)
                                            PRESTON LAW OFFICES
                                            1658 North Milwaukee Avenue, No. 253
                                            (312) 492-4070 (telephone)
                                            (312) 262-1007 (facsimile)
                                            ep@eplaw.us

                                            David C. Parisi, Esq. (162248)
                                            Suzanne Havens Beckman, Esq. (188814)
                                            PARISI & HAVENS LLP
                                            15233 Valleyheart Drive
                                            Sherman Oaks, California 91403
                                            (818) 990-1299 (telephone)
                                            (818) 501-7852 (facsimile)
                                            dcparisi@parisihavens.com
                                            shavens@parisihavens.com

Dated: October 8, 2009

                                            */s/ Albert M.T. Finch, III*
                                            Albert M.T. Finch, III (196478)
                                            Cynthia Marie Soliman (217988)
                                            ERICKSEN ARBUTHNOT
                                            100 Bush St., Suite 900
                                            San Francisco, CA 94104-4504
                                            (415) 362-7126 (phone)
                                            (415) 362-6401 (facsimile)
                                            afinch@ericksenarbuthnot.com
                                            csoliman@ericksenarbuthnot.com

Dated: October 8, 2009

                                            David J. Kaminski (128509)
                                            CARLSON & MESSER LLP
                                            5959 W. Century Boulevard, Suite 1214
                                            Los Angeles, CA 90045
                                            (310) 242-2204 (phone)
                                            (310) 242-2222 (facsimile)
                                            KAMINSKD@cmtlaw.com

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

                                            Hon. William A. Alsup
                                            United States District Judge

*[IT IS SO ORDERED — Judge William Alsup, signed]*

STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING HOLMES' MOTION FOR PRELIMINARY INJUNCTION     4      No. C 09-2540 WHA