IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HOLMES an individual, on his own behalf and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COLLECTION BUREAU OF AMERICA, LTD., a California corporation, and BAY AREA CREDIT SERVICE, LLC, a California limited liability company, and DOES 1–100, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 09-02540 WHA<br><br>**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE** |

　　　Counsel shall further meet-and-confer from **8:30 TO 11:30 A.M. ON FRIDAY, DECEMBER 11, 2009**, in the Attorney's Lounge on the eighteenth floor of the federal courthouse in San Francisco. Failing resolution, the parties shall be heard at **11:30 A.M.** on that same day in Courtroom 9. Counsel shall first check in at the undersigned's chambers before meeting in the Attorney's Lounge. Defendant's response to plaintiff's December 8 letter is due by **5:00 P.M.** on Thursday, December 10. Please note that only those who participate in the further meet-and-confer in the attorney's lounge may argue at the hearing.

　　　**IT IS SO ORDERED.**

Dated: December 9, 2009.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE