IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAROLD HOLMES, an individual, on his own behalf and on behalf of all others similarly situated,

    Plaintiff,

  v.

COLLECTION BUREAU OF AMERICA, a California corporation, and BAY AREA CREDIT SERVICE, LLC, a California limited liability company, and DOES 1–100, inclusive,

    Defendants.

                                            /

No. C 09-02540 WHA

**ORDER DENYING STIPULATION**

      The parties have filed stipulated motions to dismiss both defendants Collection Bureau of America and Bay Area Credit Service, LLC. They also seek to vacate the hearing scheduled for tomorrow on plaintiff's motion to compel. For the reasons stated in the January 22 order (Dkt. No. 79), the parties' stipulation to vacate tomorrow's hearing is **DENIED**.

      **IT IS SO ORDERED.**

Dated: February 3, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE