1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   HAROLD HOLMES, an individual, on his
     own behalf and on behalf of all others similarly
11   situated,                                              No. C 09-02540 WHA

12            Plaintiff,

13      v.
                                                            **ORDER GRANTING
14   COLLECTION BUREAU OF AMERICA, a                        MOTION TO SEAL EXHIBIT
     California corporation, and BAY AREA                   A TO MOTION TO DISMISS
15   CREDIT SERVICE, LLC, a California limited              DEFENDANT COLLECTION
     liability company, and DOES 1–100, inclusive,          BUREAU OF AMERICA**
16
              Defendants.
17   _____/

18

19        This matter was filed as a class action on behalf of all persons whom defendants — which

20   are both collections agencies — reported to credit reporting agencies as owing undisputed debts

21   when the debts were in fact disputed.  Putative class representative Harold Holmes has settled his

22   individual claims with defendants and dismissed the action without settling on behalf of the class.

23   Plaintiff's settlement agreement with one defendant, Collection Bureau of America, was

24   submitted under seal as exhibit A to plaintiff's motion to dismiss CBA.  Plaintiff moves to seal

25   exhibit A.

26        The motion to seal is **GRANTED**.  However, this in no way implies that the Court has

27   blessed the settlement of plaintiff's individual claims without vindicating the rights of the absent

28   class members.  Rule 23(e) was changed in 2003 to permit such settlements before class

     certification without court approval, but such settlements lend themselves to potential abuse

1  because they do not benefit the absent class members but nevertheless may use their presence to

2  inflate the value of settlement for individual plaintiffs and their attorneys. The Court will not

3  place its imprimatur on a settlement where there is no way to tell whether or not any such abuse

4  occurred here.

5

6  **IT IS SO ORDERED.**

7

8  Dated: February 5, 2010.

WILLIAM ALSUP
9  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28