IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAROLD HOLMES, an individual, on his own behalf and on behalf of all others similarly situated,

    Plaintiff,

  v.

COLLECTION BUREAU OF AMERICA, a California corporation, and BAY AREA CREDIT SERVICE, LLC, a California limited liability company, and DOES 1–100, inclusive,

    Defendants.

No. C 09-02540 WHA

**ORDER GRANTING MOTION TO SEAL EXHIBIT A TO MOTION TO DISMISS DEFENDANT COLLECTION BUREAU OF AMERICA**

    This matter was filed as a class action on behalf of all persons whom defendants — which are both collections agencies — reported to credit reporting agencies as owing undisputed debts when the debts were in fact disputed. Putative class representative Harold Holmes has settled his individual claims with defendants and dismissed the action without settling on behalf of the class. Plaintiff's settlement agreement with one defendant, Collection Bureau of America, was submitted under seal as exhibit A to plaintiff's motion to dismiss CBA. Plaintiff moves to seal exhibit A.

    The motion to seal is **GRANTED**. However, this in no way implies that the Court has blessed the settlement of plaintiff's individual claims without vindicating the rights of the absent class members. Rule 23(e) was changed in 2003 to permit such settlements before class certification without court approval, but such settlements lend themselves to potential abuse

1  because they do not benefit the absent class members but nevertheless may use their presence to
2  inflate the value of settlement for individual plaintiffs and their attorneys.  The Court will not
3  place its imprimatur on a settlement where there is no way to tell whether or not any such abuse
4  occurred here.

**IT IS SO ORDERED.**

Dated:  February 5, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE